**Order entered May 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00070-CV

### MIKE ARMSTRONG, Appellant

### V.

### JAMES M. SUGGS, JR. AND SUGGS LAW FIRM, P.C., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08688**

## ORDER

We **GRANT** appellant's May 14, 2015 motion for an extension of time to pay the filing

fee.  Appellant shall pay the filing fee by **JUNE 4, 2015**.


/s/     ELIZABETH LANG-MIERS
        JUSTICE